Case 24-30301   Document 13   Filed in TXSB on 01/29/24   Page 1 of 1

United States Courts
Southern District of Texas
F I L E D

JAN 29 2024

Nathan Ochsner, Clerk of Court

Form 2400B (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Texas

In re  Suresh S Agrawal ,
*Debtor*

Case No. _____

Chapter 7

## MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT

I (we), the debtor(s), affirm the following to be true and correct:

I am not represented by an attorney in connection with this reaffirmation agreement.

I believe this reaffirmation agreement is in my best interest based on the income and expenses I have disclosed in my Statement in Support of Reaffirmation Agreement, and because *(provide any additional relevant reasons the court should consider)*:

i AM A WIDOWER AND OLSELY ON SOCILA SECURITY INCOME. i LIVE WITH MY DAUGHTER AND SHE AND HER FAMILY.

Therefore, I ask the court for an order approving this reaffirmation agreement under the following provisions *(check all applicable boxes)*:

☑ 11 U.S.C. § 524(c)(6) (debtor is not represented by an attorney during the course of the negotiation of the reaffirmation agreement)

☑ 11 U.S.C. § 524(m) (presumption of undue hardship has arisen because monthly expenses exceed monthly income, as explained in Part II of Form 2400A, Reaffirmation Documents)

Signed: *[signature]*
*(Debtor)*

_____
*(Joint Debtor, if any)*

Date:  01/25/2024